UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Ramos,**

                         **Plaintiff,**

        *- against -*

**Lawrence Equities, LLC**

                      **Defendant(s),**

ORDER

7:23-cv-00746-VR

**Victoria Reznik, U.S.M.J.**

    The Court having been advised that all claims asserted in the above entitled action are settled, it is hereby

ORDERED, that the above entitled action be discontinued, without costs to any party, subject to reopening should the settlement not be concluded within forty five (45) days from the date of this Order.

Dated: January 30, 2024
White Plains, New York

SO ORDERED:

*/s/ Victoria Reznik*

Victoria Reznik
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Jan 30, 2024**